**Opinion issued June 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00245-CV

———————————

**RACINE JONES, Appellant**

**V.**

**TARA FILLA JONES, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-20915**

---

## MEMORANDUM OPINION

Appellant, Racine Jones, has neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T

CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Appellant failed to respond to our notice of August 22, 2022, concerning the failure to pay for the clerk's record. In that notice, the Court advised appellant that failure to pay the fee for the clerk's record could result in dismissal of this appeal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellant has not responded to this Court's notice.

We dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.